# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARQUISE FOSTER, <br><br> Plaintiff, <br><br> v. <br><br> SITEL OPERATING CORPORATION <br><br> Defendants. | CIVIL ACTION NO. <br> 1:21-cv-04340-VMC-JSA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiff Marquise Foster and Defendant Sitel Operating Corporation hereby stipulate to a dismissal with prejudice of all claims in the above-styled case. Each party will bear their own costs and fees in this case.

Respectfully submitted this 15th day of June 2022.

| | |
|---|---|
| */s/ J. Stephen Mixon* <br> J. Stephen Mixon <br> Georgia Bar No.514050 <br><br> THE MIXON LAW FIRM, LLC <br> 1691 Phoenix Boulevard <br> Suite 150 <br> Atlanta, Georgia 30349 <br> Phone: (770) 955-0100 <br> **COUNSEL FOR PLAINTIFF** | */s/ Brad Strawn* <br> Bradley E. Strawn, Esq. <br> Georgia Bar No. 004419 <br><br> LITTLER MENDELSON, P.C. <br> 3424 Peachtree Rd. N.E. Suite 1200 <br> Atlanta, GA, 30326 <br> Phone: (404) 233-0330 <br><br> **COUNSEL FOR DEFENDANT** |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARQUISE FOSTER, | CIVIL ACTION NO. |
| Plaintiff, | 1:21-cv-04340-VMC-JSA |
| v. | |
| SITEL OPERATING CORPORATION | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on this day I electronically filed the above document with the Clerk of court using the CM/ECF system which will automatically send email notification to all attorneys of record:

Respectfully submitted this 15th day of June, 2022.

/s/ J. Stephen Mixon
J. STEPHEN MIXON, ESQ.
Attorney for plaintiff
GA Bar No. 514050

The Mixon Law Firm
1691 Phoenix Blvd. Suite 150
Atlanta, GA 30349
(770)477-6360